In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00320-CV
_____

IN RE KAREN BEVERLY

_____

Original Proceeding
County Court at Law No. 3 of Montgomery County, Texas
Trial Cause No. 09-12-12166

_____

MEMORANDUM OPINION

Relator Karen Beverly filed a petition for writ of mandamus, in which she asks this Court to compel the trial court to vacate its order granting her former husband's motion for reconsideration of his first amended motion or forensic custody evaluation.

Mandamus will issue only to correct a clear abuse of discretion or violation of a duty imposed by law when that abuse cannot be remedied by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992). After reviewing the mandamus record and

1

petition, we conclude that the relator has not demonstrated an abuse of discretion by the trial court for which there is no adequate remedy by appeal. Accordingly, we deny the petition for writ of mandamus, and we deny the relator's motion for temporary emergency relief.

PETITION DENIED; MOTION FOR TEMPORARY EMERGENCY RELIEF DENIED.

PER CURIAM

Submitted on September 25, 2019
Opinion Delivered September 26, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.